IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**OTTO G. PENA,**

    Defendant.

Case No. 7:12-CR-39 (HL)

## ORDER

This case is before the Court on a Joint Motion for Continuance (Doc. 19). Having considered the matter, this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant to a speedy trial. It is therefore ordered that the motion to continue be granted.

The Court has set a special criminal trial term for the weeks of March 4 and 11, 2013, to be held in **Macon**. This case will be continued until that special term. The jury will be selected on March 4, beginning at 9:00 a.m. All voir dire questions and requests to charge must be submitted to the Court no later than February 20, 2013. The Court assumes all applicable motions have been filed, but if not, any outstanding motions must be filed no later than February 4, 2013. If a motion hearing is necessary, the Court will schedule one in Macon during the month of February. Counsel for both the Government and Defendant are ordered to file a proposed exhibit list and a proposed witness list no later than 12:00 p.m. (noon) on March 1, 2013.

The delay occasioned by this continuance shall be deemed excludable in computing the time from indictment to trial under the Speedy Trial Act.

**SO ORDERED,** this 8th day of January, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh